[No. 36818-8-II. Division Two. December 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LAWRENCE McBROOM, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00362-7, Richard L. Brosey, J., entered August 29, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Hunt, JJ.

[No. 37384-0-II. Division Two. December 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. C.E.J., *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 07-8-00077-2, Craddock D. Verser, J., entered January 31, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 26116-6-III. Division Three. December 2, 2008.]

THE STATE OF WASHINGTON, *Appellant*, v. CHRISTOPHER JOHN DALLUGE, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 07-1-00032-4, Evan E. Sperline, J., entered May 1, 2007. *Reversed* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 26201-4-III. Division Three. December 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM SAAD OSMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 07-1-00101-3, Scott R. Sparks, J. Pro Tem., entered May 18, 2007. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Kulik, J.